UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | CIVIL NO. 6:25-cv-01167 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| LATANYA COLEMAN,<br>Defendant | MAGISTRATE JUDGE WHITEHURST |

## CONSENT JUDGMENT

WHEREAS, this Consent Judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Association ("SBA") (collectively the "United States"), and Defendant, Latanya Coleman. Based on the information provided by Defendant, and in recognition of her cooperation with the United States' investigation, the parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant, Latanya Coleman, in the sum of $23,444.26.

WHEREAS, the Parties recognize, and the Court by entering this Consent Judgment, finds that this Consent Judgment has been negotiated by the Parties in good faith and will avoid further litigation between the Parties and that this Consent Judgment is fair, reasonable, and in the public interest;

WHEREAS, the Parties consent and agree that this Judgment may be entered upon the application of either party and the Parties consent to the entry of a final judgment in this case by a United States Magistrate Judge.

NOW, THEREFORE, with the consent of the Parties, IT IS HEREBY ADJUDGED, ORDERED AND DECREED that Final Judgment is hereby entered in favor of Plaintiff and against Defendant, in the amount of $23,444.26;

IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

IT IS FURTHER ADJUDGED, ORDERED, AND DECREED Latanya Coleman is responsible for the costs of these proceedings.

IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that the United States may move the Court *ex parte* for a writ of execution and/or a writ of garnishment or any other appropriate order deemed necessary to satisfy this Judgment in full.

IT IS SO ORDERED this the 22nd day of August, 2025.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

ALEXANDER C. VAN HOOK
Acting United States Attorney

MELISSA L. THERIOT (#22628)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:   (337) 262-6618
Facsimile:    (337) 262-6693
Email: melissa.theriot@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

LATANYA COLEMAN
201 Calypso Lane
Lafayette, LA 70508